Certificate Number: 14912-PAW-DE-039537007

Bankruptcy Case Number: 25-20807



14912-PAW-DE-039537007

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 8, 2025, at 10:24 o'clock PM EDT, Stacy Wadsworth completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  April 9, 2025          By:   /s/Jai Bhatt

                                              Name:  Jai Bhatt

                                              Title:  Counselor