<table>
<tr><td colspan="2"><strong>Information to identify the case:</strong></td></tr>
</table>

| | | |
|---|---|---|
| Debtor 1 | **Stacy S Wadsworth** | Social Security number or ITIN   xxx–xx–4595 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   25–20807–GLT | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Stacy S Wadsworth

7/16/25

**By the court:**   Gregory L Taddonio
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
   obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
   decided or will decide are not discharged
   in this bankruptcy case;

♦ debts for most fines, penalties,
   forfeitures, or criminal restitution
   obligations;

♦ some debts which the debtors did not
   properly list;

♦ debts for certain types of loans owed to
   pension, profit sharing, stock bonus, or
   retirement plans; and

♦ debts for death or personal injury caused
   by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                        Case No. 25-20807-GLT

Stacy S Wadsworth                                                                              Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                        User: admin                                    Page 1 of 2

Date Rcvd: Jul 16, 2025                     Form ID: 318                                  Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Stacy S Wadsworth, 509 Johnson Avenue, Connellsville, PA 15425-2622 |
| 16517522 | David Apothaker, Esq., Apothanker Scion, P.C., 100 Century Parkway, Suite 310, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 16517523 | EBCS, PO Box 5125, Timonium, MD 21094-5125 |
| 16517524 | Electronic Billing & Customer Support, PO Box 245, Lutherville Timonium, MD 21094-0245 |
| 16517536 | + Thompson Family Dentistry, 130 Crossroads Plaza, Mount Pleasant, PA 15666-2287 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Jul 17 2025 04:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Jul 17 2025 04:09:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + EDI: AISACG.COM | Jul 17 2025 04:09:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16517518 | + EDI: GMACFS.COM | Jul 17 2025 04:09:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 16517519 | + EDI: CAPITALONE.COM | Jul 17 2025 04:09:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16517520 | + Email/Text: bankruptcy@cavps.com | Jul 17 2025 00:19:00 | Cavalry SPV I, LLC, 1 American Lane, Suite 220, Greenwich, CT 06831-2563 |
| 16517521 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 17 2025 00:34:39 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16517525 | + EDI: AMINFOFP.COM | Jul 17 2025 04:09:00 | First Premier Bank, Attn: Bankruptcy Dept, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 16517526 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 17 2025 00:34:16 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 16517527 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 17 2025 00:19:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 16517528 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 17 2025 00:18:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd., Dayton, OH 45458 |
| 16517529 | EDI: PRA.COM | Jul 17 2025 04:09:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, |

District/off: 0315-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 16, 2025 | Form ID: 318 | Total Noticed: 23

| | | | VA 23502 |
|---|---|---|---|
| 16517530 | | Email/Text: signed.order@pfwattorneys.com | |
| | | Jul 17 2025 00:18:00 | Pressler, Felt and Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 16517531 | | Email/Text: ecfbankruptcy@progleasing.com | |
| | | Jul 17 2025 00:19:00 | Progressive Leasing, 256 W. Data Drive, Draper, UT 84020-2315 |
| 16517532 | + | Email/Text: ngisupport@radiusgs.com | |
| | | Jul 17 2025 00:18:00 | Radius Global Solutions, LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 16517533 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | |
| | | Jul 17 2025 00:34:39 | Regional Acceptance Company, Attn: Bankruptcy, 1424 E Fire Tower Rd, Greenville, NC 27858-4105 |
| 16517534 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jul 17 2025 00:34:30 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 16517535 | + | EDI: SYNC | |
| | | Jul 17 2025 04:09:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 16517537 | ##+ | Westmoreland Sanitary Landfill, 111 Conner Lane, Belle Vernon, PA 15012-4569 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 18, 2025 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian J. Bleasdale | |
| | on behalf of Debtor Stacy S Wadsworth bleasdb@yahoo.com |
| Denise Carlon | |
| | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | |
| | robertslone223@gmail.com  rslone@mahadylegal.com;pa07@ecfcbis.com |
| Robert H. Slone, Trustee | |
| | on behalf of Trustee Robert H. Slone  Trustee robertslone223@gmail.com, rslone@mahadylegal.com;pa07@ecfcbis.com |

TOTAL: 5