**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Stacy S Wadsworth**
   Debtor(s)

Bankruptcy Case No.: 25−20807−GLT

Chapter: 7

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Robert H. Slone, Trustee is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: August 6, 2025

Gregory L Taddonio
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-20807-GLT |
| Stacy S Wadsworth | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 06, 2025 | Form ID: 129 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2025:**

**Recip ID        Recipient Name and Address**
db          + Stacy S Wadsworth, 509 Johnson Avenue, Connellsville, PA 15425-2622

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2025                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2025 at the address(es) listed below:**

**Name              Email Address**

Brian J. Bleasdale
                   on behalf of Debtor Stacy S Wadsworth bleasdb@yahoo.com

Denise Carlon
                   on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Office of the United States Trustee
                   ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone, Trustee
                   robertslone223@gmail.com rslone@mahadylegal.com;pa07@ecfcbis.com

Robert H. Slone, Trustee
                   on behalf of Trustee Robert H. Slone Trustee robertslone223@gmail.com, rslone@mahadylegal.com;pa07@ecfcbis.com

TOTAL: 5